In the Matter of FELT & TARRANT MFG. Co., Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued October 28, 1938; decided November 29, 1938.

*William C. Chanler,* Corporation Counsel (*Milton Sandberg* and *Bernard H. Sherris* of counsel), for appellant.

*Newton K. Fox* for respondent.

Order affirmed, with costs, upon the authority of *Matter of National Cash Register Co.* v. *Taylor* (276 N. Y. 208). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.